**Order entered March 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00171-CV

**ORVILLE PAUL DUNAGAN, Appellant**

**V.**

**BRYAN COLEMAN, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-05904-E/G**

## ORDER

The Court has before it appellant's March 11, 2013 motion for extension of time to file reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by March 21, 2013.

/s/ ELIZABETH LANG-MIERS
JUSTICE